456 A.2d 1098

Commonwealth v. Keane, Appellant.
Petition for Allowance of Appeal
Denied Sept. 30, 1983.

Argued October 6, 1981. William R. Lee, for appellant; Steven J. Bresset, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned and distinguished Pike County Common Pleas Court President Judge Harold A. Thomson, Jr., specially presiding in the Court of Common Pleas of Wayne County, is affirmed.

456 A.2d 1098

Commonwealth, Appellant v. Lengyel.

Submitted February 16, 1982. Eric Gavin Marttila, Assistant District Attorney, for Commonwealth, appellant; Susan Arnold Flynn, Assistant Public Defender, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order dated February 26, 1981 is affirmed.